No. 884. R. A. HOLMAN & Co., INC., *v.* SECURITIES
AND EXCHANGE COMMISSION ET AL. United States Court
of Appeals for the District of Columbia Circuit. Cer-
tiorari denied. *Milton V. Freeman, Edgar H. Brenner*
and *Stanley D. Halperin* for petitioner. *Solicitor Gen-
eral Cox, Peter A. Dammann* and *David Ferber* for the
Securities and Exchange Commission, respondent. 

No. 888. JOHN V. BOLAND CONSTRUCTION Co. *v.*
UNITED STATES. Court of Claims. Certiorari denied.
*Scott G. Rigby* for petitioner. *Solicitor General Cox,
Assistant Attorney General Orrick* and *John G. Laughlin,
Jr.* for the United States. Reported below: —— Ct. Cl.
——

No. 894. TENNESSEE PRODUCTS & CHEMICAL CORP. *v.*
UNITED STATES. C. A. 6th Cir. Certiorari denied. *Wil-
liam Waller* for petitioner. *Solicitor General Cox, Acting
Assistant Attorney General Jones, Robert N. Anderson*
and *Kenneth E. Levin* for the United States. 

No. 898. KOHLER Co. *v.* LOCAL 833, UAW–AFL–CIO
INTERNATIONAL UNION, UNITED AUTOMOBILE, AIRCRAFT &
AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL.
United States Court of Appeals for the District of Colum-
bia Circuit. Certiorari denied. *Lyman C. Conger, Ed-
ward J. Hammer* and *William F. Howe* for petitioner.
*Solicitor General Cox, Stuart Rothman, Dominick L.
Manoli* and *Norton J. Come* for the National Labor Rela-
tions Board, and *Joseph L. Rauh, Jr., John Silard, Harold
A. Cranefield, Louis H. Pollak* and *David Rabinovitz* for
Local 833, respondents.